# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01499-BNB

URSULA LAUVINA BROWN,

    Plaintiff,

v.

R. N. DEBEROAH HINES, and
COLORDO STATE DEPARTMENT OF CORRECTION[S],

    Defendants.

FILED
UNITED STATES DISTRICT COURT
COLORADO

OCT 17 2006

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion to amend caption submitted to and filed with the Court on September 7, 2006, is GRANTED. Plaintiff's name has been corrected in the caption to this order to read "Ursula Lauvina Brown."

Dated: October 17, 2006

Copies of this Minute Order mailed on October 17, 2006, to the following:

Ursula Lauvina Brown
Prisoner No. 118360
DWCF
PO Box 392005
Denver, CO 80239

                                                          Secretary/Deputy Clerk