IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 8 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01499-BNB

URSULA LAUVINA BROWN,

    Plaintiff,

v.

R. N. DEBEROAH HINES, and
COLORADO STATE [sic] DEPARTMENT OF CORRECTION [sic],

    Defendants.

## ORDER TO DISCHARGE SHOW-CAUSE ORDER

On August 9, 2006, Magistrate Judge Boyd N. Boland ordered Plaintiff Ursula Lauvina Brown to submit an amended complaint and to show cause why the complaint should not be denied for failure to exhaust state remedies as to her asserted claims. On September 7, 2006, Ms. Brown submitted an amended complaint. Based upon the information provided in the amended complaint, it appears that Ms. Brown has exhausted state remedies as to her claims. Therefore, the complaint will not be dismissed at this time for failure to exhaust state remedies. The August 9 show-cause order will be discharged. Accordingly, it is

ORDERED that the August 9, 2006, order to show cause is discharged.

DATED October 18, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01499-BNB

Ursula Laurina Brown
Prisoner No. 118360
DWCF
PO Box 392005
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __10/18/06__

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk