IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01499-DME-MEH

URSULA LAUVINA BROWN,

    Plaintiff,

v.

R.N. DEBEROAH HINES and
COLORADO STATE DEPARTMENT OF CORRECTIONS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 22, 2007.**

    Plaintiff's Motion for Extension of Time to File Response [Filed January 16, 2007; Docket #25] is **granted** as specified. Plaintiff seeks an additional eight weeks to respond to Defendant's Motion to Dismiss. The Court does not believe that good cause has been shown to support such a lengthy extension. Nevertheless, the Court will extend Plaintiff's deadline for filing a Response to **February 12, 2007**.