IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01499-DME-MEH

URSULA LAUVINA BROWN,

    Plaintiff,

v.

R.N. DEBEROAH HINES and
COLORADO STATE DEPARTMENT OF CORRECTIONS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 5, 2007.**

    Plaintiff has requested that this Court send notice of the scheduling conference set in this case directly to the legal department at Denver Women's Correctional Facility because she was informed that, absent direct notification, they would not permit her participate in the conference. Defendants have responded by stating that they will provide the requested notice to the legal liaison at Denver Women's Correctional Facility.

    Accordingly, Plaintiff's Motion to Response to Minute Order [Filed February 2, 2007; Docket #33], as confessed by Defendants, is **denied** as moot.