IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01499-DME-MEH

URSULA LAUVINA BROWN,

    Plaintiff,

v.

R.N. DEBEROAH HINES and
COLORADO STATE DEPARTMENT OF CORRECTIONS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 7, 2007.**

    Defendant Hines' Motion for Protective Order and to Stay discovery and Proceedings [Filed February 6, 2007; Docket #37] is **granted**. The Court must stay discovery in this matter, based on the Supreme Court's admonition to adjudicate motions for qualified immunity prior to engaging in fact discovery. *E.g.*, *Behrens v. Pelletier*, 516 U.S. 299, 308 (1996).

    Accordingly, the scheduling/status conference set for February 13, 2007, is **vacated**. Counsel for Defendant Hines is directed to file a status report within five business after a ruling on the Motion to Dismiss has issued.