IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-01499-DME-MEH

URSULA LAUVINA BROWN,

    Plaintiff,

v.

R.N. DEBEROAH HINES, and
COLORADO STATE DEPARTMENT OF CORRECTION(S),

    Defendants.
_____

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**
_____

    Upon review of the plaintiff's Motion to Dismiss Without Prejudice, and for good cause shown, it is hereby

    ORDERED that this action is dismissed without prejudice.

    DATED this  12th  day of February, 2007.

                                 BY THE COURT:

                                 */s/ David M. Ebel*
                                 _____
                                 David M. Ebel
                                 United States Circuit Judge